UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACKSON GUERRERO BAUTISTA,<br>   Petitioner,<br><br>  v.<br><br>ANTONE MONIZ, *Superintendent,*<br>*Plymouth County Correctional Facility,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement,*<br>MICHAEL KROL, HSI *New England Special*<br>*Agent in Charge,*<br>PATRICIA HYDE, *Acting Field Office Director,*<br>*Immigration and Customs Enforcement, Boston,*<br>KRISTI L. NOEM, *Secretary of the U.S.*<br>*Department of Homeland Security,*<br>DONALD J. TRUMP, *U.S. President* and<br>PAMELA BONDI, *U.S. Attorney General,*<br>   Respondents. | CIVIL ACTION NO.<br>25-13295-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

  In accordance with this Court's Order (ECF #9) issued on November 13, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

  Judgment for the Petitioner against the Respondents.

                BY THE COURT,

                */s/ Barbara I. Beatty*

DATED: November 13, 2025      Deputy Clerk